1 | REX DARRELL BERRY (SBN 110219)
SCOTT M. PLAMONDON (SBN 212294)
2 | BERRY & BLOCK LLP
2150 River Plaza Drive, Suite 415
3 | Sacramento, CA   95833
Telephone:  (916) 564-2000
4 | Facsimile:   (916) 564-2024

5 | Attorneys for Defendants Walgreen Co. and Warren
Gertz
6

7 | MELANIE D. POPPER (SBN 236279)
FANYA YOUNG
8 | THE LAW OFFICES OF MELANIE D. POPPER
2550 Ninth St., Suite 208A
9 | Berkeley, CA   94710
Telephone: (510) 665-4195
10 | Facsimile: (650) 665-4197

11 | Attorneys for Plaintiff
CAROL A. COUCH
12

13 | **UNITED STATES DISTRICT COURT**

14 | **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15

16 | CAROL COUCH,                              ) CASE NO. C06-07122 WHA
                                            )
17 |                Plaintiff,               ) **STIPULATION OF DISMISSAL WITH**
                                            ) **PREJUDICE AND ORDER**
18 | v.                                        )
                                            )
19 | WALGREEN CO., a corporation; WARREN )
GERTZ, and DOES 1 THROUGH 10     )
20 |                Defendants.              )
                                            )
21 |                                           )
_____
22

23 |        IT IS HEREBY STIPULATED by and between the parties in this action, through their

24 | designated counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) the above-

25 | captioned action filed by Carol Couch be and hereby is dismissed with prejudice.

26 |        / / /

27 |        / / /

28 |        / / /

1

The parties shall each bear their own attorney's fees and costs incurred in this action.

IT IS SO STIPULATED.

DATED:  October 5, 2007            BERRY & BLOCK LLP


By: ___/s/Scott M. Plamondon_____
        SCOTT M. PLAMONDON
        Attorneys for Defendants WALGREEN Co.
        and WARREN GERTZ

DATED:  October 5, 2007            THE REVELATION LAW FIRM


By: ___/s/Melanie Popper_____
        Melanie Popper
        Attorney for Plaintiff Carol Couch


IT IS SO ORDERED:

Dated: __October 22, 2007.

_____
Judge William A. Alsup

*IT IS SO ORDERED*
*Judge William Alsup*

STIPULATION OF DISMISSAL AND ORDER
CASE NO. C06-07122 WHA

*Couch v. Walgreen Inc., et al*
United States District Court, Eastern District of California - Case No. C 06-07122 WHA

## DECLARATION OF SERVICE

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in this action. I am an employee of Berry & Block LLP, and my business address is 2150 River Plaza Drive, Suite 415, Sacramento, CA 95833. On this day I caused to be served the following document(s):

### STIPULATION OF DISMISSAL AND ORDER

☒ by placing ☐ the original ☒ a true copy into sealed envelopes addressed and served as follows:

**Attorney for Plaintiff**
Melanie D. Popper
THE REVELATION LAW FIRM
2034 Blake Street, Suite 8
Berkeley, CA 94704
(510) 665-4195; Fax: (510) 665-4197

☐ **BY MAIL:** I am familiar with this firm's practice whereby the mail, after being placed in a designated area, is given fully prepaid postage and is then deposited with the U.S. Postal Service at Sacramento, California, after the close of the day's business.

☐ **BY PERSONAL DELIVERY**: I caused such envelope to be delivered by hand.

☐ **BY OVERNIGHT COURIER:** I caused such envelope to be placed for collection and delivery in accordance with standard overnight delivery procedures for delivery the next business day.

☐ **BY FACSIMILE:** I caused such documents(s) to be transmitted by facsimile transmission from (916) 564-2024 to the person(s) and facsimile transmission without number(s) shown about. The facsimile transmission was reported as complete without error and a transmission report was properly issued by the transmitting facsimile machine. A true and correct copy of the transmission report will be attached to this proof of service after facsimile service is completed.

☒ **BY FEDERAL ELECTRONIC FILING:** I caused such document(s) to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing and copies of the document(s) to the parties.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on ***October 19, 2007***, at Sacramento, California.

_____ /s/ *Jenny O'Shaughnessy* _____
Jenny O'Shaughnessy

STIPULATION OF DISMISSAL AND ORDER
CASE NO. C06-07122 WHA